**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

**IN RE:**
**GLORIA JEAN GOLDSMITH**                              Case No.:  05-36536
                                                        Chapter 7
                                                        Hon. DANIEL S. OPPERMAN
                                        Debtor(s).
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

        The attached check in the amount of $459.83 represents the total sum of unclaimed dividends in this estate, and is paid to the Bankruptcy Court.  The name and address of the parties entitled to these unclaimed dividends are as follows:

| Claim No.: | Creditor Name/Address | Amount |
|---|---|---|
| 1 | Collection Service Bureau<br>#xxx9338<br>12750 S. Saginaw, Ste. 102<br>Grand Blanc, MI  48439 | $459.83 |
| | **Total** | **$459.83** |

Dated: 6/23/11                          ./s/ Collene K. Corcoran, Trustee
                                        Collene K. Corcoran, Trustee
                                        PO Box 535
                                        Oxford, MI  48371
                                        (248) 969-9300
                                        ccorcoran@epiqtrustee.com